United States District Court
Southern District of Texas
**ENTERED**
October 05, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TI - IP Holding, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-25-3833 |
| | § | |
| Eddie & Associates Investments, Inc. d/b/a Daquiri Island and Xiamen Charmlite Trading Co. Ltd., | § | |
| | § | |
| | § | |
| | § | |
| Defendants. | § | |

## ORDER OF ADOPTION

Having reviewed the Magistrate Judge's Report and Recommendation (docket no. 47) dated September 18, 2026, and no party having filed objections thereto, the Court is of the opinion that the Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED** that the Magistrate Judge's Report and Recommendation is hereby **ADOPTED** by this Court.

It is further **ORDERED** that Plaintiff, TI - IP Holding, LLC's Motion for Default Judgment (docket no. 37) is **GRANTED IN PART** and **DENIED IN PART** against Defendant, Eddie & Associates Investments, Inc. d/b/a Daquiri Island.

The Court will issue a separate partial Final Default Judgment.

**SIGNED** at Houston, Texas, on this the 5th day of October, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE