United States District Court
Southern District of Texas
**ENTERED**
October 07, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| **TI – IP HOLDING, LLC,**<br><br>**Plaintiff**<br><br>**v.**<br>**EDDIE & ASSOC. INVESTMENTS, INC. d/b/a DAQUIRI ISLAND & XIAMEN CHARMLITE TRADING CO., LTD.,**<br><br>**Defendants** | **CASE ACTION NO.: 4:25-cv-3833**<br><br>**JUDGE: Hon. Sim Lake** |

**DEFAULT JUDGMENT**

This action was commenced by TI- IP Holding, LLC ("Tropical Isle") against Defendants Eddie & Associates Investments, LLC d/b/a Daiquiri Island "Daiquiri Island" and Xiamen Charmlite Trading Co., LTD. Tropical Isle has moved for final judgment against Tropical Island pursuant to Rule 55(b)(2). In accordance with the Court's Order of Adoption IT IS HEREBY ORDERED that Tropical Isle's Motion for Final Default Judgment is GRANTED IN PART and a DEFAULT JUDGMENT IS ENTERED AGAINST DAIQUIRI ISLAND;

IT IS FURTHER OREDERED that Daiquiri Island and their officers, directors, agents, servants, employees, affiliates, successors, shareholders, assigns and attorneys, as well as all those in active concert or participation with them, be permanently enjoined and restrained from:

(a) Using the HAND GRENADE Marks, including but not limited to HAND GRENADE, GRENADE, or any reproduction, counterfeit, copy or colorable imitation thereof in any manner in connection with the sale, offering for sale, distribution, or advertising of any goods or services;

(b) Using any designation, name, or mark that wholly incorporates any HAND GRENADE Mark or is confusingly similar to any HAND GRENADE Mark;

(c) Passing of Defendants' goods or services as those of Tropical Isle;

(d) Committing any acts which will blur or dilute, or are likely to blur or dilute, the distinctive quality of the famous HAND GRENADE Marks; and,

(e) Doing any other act or thing calculated or likely to induce or cause confusion or the mistaken belief that Defendant is in any way affiliated, connected or associated with Tropical Isle.

IT IS FURTHER ORDERED that within thirty (30) days of the date of this Default Judgment, Daiquiri Island shall deliver up and destroy all products, labels, signs, packages, wrappers, advertisements, promotions, electronic data and all other matter in the custody or under the control of Daiquiri Island that bear any HAND GRENADE Mark or any other mark that is likely to be confused with any HAND GRENADE Mark;

IT IS FURTHER ORDERED that Tropical Isle is awarded $200,000 in statutory damages under 15 U.S.C. §1117(c) for counterfeit use of the HAND GRENADE Marks against Daiquiri Island;

IT IS FURTHER ORDERED that within thirty (30) days of the date of this Default Judgment, Daiquiri Island file with the Court and serve on Tropical Isle's counsel a report in writing and under oath setting forth in detail the manner and form in which Daiquiri Island has complied with this Judgment.

IT IS FURTHER ORDERED that the Court shall retain personal jurisdiction and venue over Tropical Isle, Daiquiri Island, and the subject matter of this action for purposes of construing and enforcing this Judgment.

SO ORDERED on this 6th day of October, 2026.

HON. SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE